# — EXHIBIT  A —

Consulting Radiologists, Ltd
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998
**Via First-Class Mail**

▉▉▉▉▉
ANDREW R MATHISEN
▉▉▉▉▉▉▉▉▉▉▉

ılıljılıılıljılıjlılıjljlıılıjlılıjlıljljlılılıjljlılıjlılıljljlılıjlı



June 18, 2024

*Dear ANDREW MATHISEN:*

Consulting Radiologists LTD. ("CRL") is writing to inform you of a data security incident involving your sensitive information. CRL is a physician-owned practice that operates as a sub-specialty radiology practice and trusted radiology partner to deliver a complete range of radiology services to the healthcare community. While we are unaware of any fraudulent misuse of your data at this time, we are providing you with details about the incident, steps we are taking in response, and resources available to help you protect against the potential misuse of your data. Please be assured CRL takes the protection and proper use of your data very seriously.

### What Happened?

On February 12, 2024, CRL detected suspicious activity in its network environment. Upon discovery of this incident, CRL promptly took steps to secure its network and engaged a specialized cybersecurity firm to investigate the nature and scope of the incident. As a result of the investigation, CRL learned that an unauthorized actor accessed certain files and data stored within our network.

Upon learning this, CRL began a time-consuming and detailed reconstruction and review of the data stored on the server at the time of this incident to understand whose information was affected. On April 17, 2024, CRL identified persons whose sensitive data was included within the impacted data. At this time, we have no evidence any of the information has been misused by a third party, but because information related to you was disclosed, we are notifying you out of full transparency.

### What Information Was Involved?

The following data was potentially accessed and acquired by a person not authorized to view them: Name, Address, date of birth, Health Insurance information, Medical information.

### What Are We Doing?

Data security is one of our highest priorities. Upon detecting this incident, we moved quickly to initiate an investigation, which included retaining a leading forensic investigation firm who assisted in conducting an investigation and confirming the security of our network environment. We also deployed additional monitoring tools and will continue to enhance the security of our systems. We take the protection and proper use of *personal* information very seriously.